## Norman TURNER v. STATE.
### No. 21225.

Court of Criminal Appeals of Texas.
June 26, 1940.

Louis Crump, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of an automobile, punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not longer desire to prosecute his appeal.

At appellant's request the appeal is dismissed.